# TIFFANY & BOSCO
#### P.A.

**2525 EAST CAMELBACK ROAD**
**THIRD FLOOR**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Secured Creditor

09-21216

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Harlan Sparere<br><br>        Debtor.<br>_____<br>BAC Home Loan Servicing, L.P. fka Countrywide Home Loans Servicing, L.P.<br><br>        Secured Creditor,<br>vs.<br><br>Harlan Sparere, Debtors; Office of the US Trustee, Trustee.<br><br>        Respondents. | No. 2:09-bk-19059-GBN<br><br>Chapter 13<br><br>OBJECTION TO 13 PLAN |

      BAC Home Loan Servicing, L.P. fka Countrywide Home Loans Servicing, L.P., a secured creditor, by its attorneys, TIFFANY & BOSCO, P.A., hereby objects to the proposed 13 Plan filed by the Debtor for the following reasons:

      1.    BAC Home Loan Servicing, L.P. fka Countrywide Home Loans Servicing, L.P., files this response to the proposed 13 Plan of the Debtor. The Chapter 13 Plan provides for an impermissible cram

down of BAC Home Loan Servicing, L.P. fka Countrywide Home Loans Servicing, L.P.'s lien interest on the real property commonly known as 325 Inspirational Drive, Sedona AZ 86336.

BAC Home Loan Servicing, L.P. fka Countrywide Home Loans Servicing, L.P., objects to the value of the subject real property as Debtor arbitrarily proposes that the fair market value of Secured Creditor's claim is $220,000.00.

2. The proposed Plan does not set forth a reasonable schedule and payment repayment amount for the arrearages owed to the Secured Creditor. The payoff period and monthly repayment amount proposed by the Debtors exceeds a reasonable arrangement in light of the Debtors' past non-payment history. The proposed Plan appears to attempt to cram-down Secured Creditor's claim by scheduling or providing for a total claim to Secured Creditor in the amount of $220,000.00, while in fact the total claim owed to Secured Creditor is in the amount of $394,655.00. The proposed Plan calls for interest only payments of $916.67 per month for 60 months, with a 5% interest rate and then pay the entire principal balance. The remaining balance is to be treated as a General Unsecured Claim under Class 20 of the Plan. The Plan proposes to pay the secured claim of Client at an interest rate of 5%, which is not reasonable under current market conditions.

3. The Plain fails to provide the Client an option to make an election pursuant to 11 U.S.C. section 1111(b)(1)(A)(i) to instead have its total claim paid in full.

4. The Plan is not feasible under 1129(a)(11) – The Debtor must show concrete evidence of sufficient cash flow to fund and maintain both its operations and obligations.

## CONCLUSION

Any Chapter 13 Plan proposed by the Debtor(s) must provide for and eliminate the Objections specified above in order to be reasonable and to comply with applicable provisions of the Bankruptcy Code. Secured Creditor respectfully requests that the confirmation of the Chapter 13 Plan as proposed by

the Debtor(s) be denied, or in the alternative, be amended to provide for full payoff of the arrearages owed to Secured Creditor.

WHEREFORE, Secured Creditor prays as follows:

(1) That the 13 Plan be denied, or in the alternative, be amended to provide for full payoff of the arrearages owed to Secured Creditor.

(2) For attorney's fees and costs herein,

(3) For such other relief as this Court deems proper.

DATED this 25th day of February, 2010.

Respectfully submitted,

TIFFANY & BOSCO, P.A.

BY   /s/ MSB # 010167
    Mark S. Bosco
    Leonard J. McDonald
    Attorneys for Secured Creditor

COPY of the foregoing mailed
February 26, 2010 to:

Harlan Sparere
1251 E. Hermosa Dr.
Tempe, AZ  85283
Debtor

Lawrence D. Hirsch
7310 N. 16th Street
Suite 330
Phoenix, AZ 85020
Attorney for Debtor

Office of the US Trustee
230 North First Ave.
Suite 204
Phoenix, AZ  85003
Trustee

By: Paulina Poniatowski