**DeConcini McDonald Yetwin & Lacy, P.C.**
7310 North Sixteenth Street, Suite 330
Phoenix, Arizona 85020
Ph: (602) 282-0500
Fax: (602) 282-0520
E-mail:lhirsch@dmylphx.com

Lawrence D. Hirsch, (#004982)
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA

| In Re: | In Proceedings Under Chapter 13 |
|---|---|
| HARLAN SPARER, | Case No. 2:09-bk-19059-GBN |
| Debtor. | DEBTOR'S MOTION TO SET STATUS HEARING ON PLAN CONFIRMATION AND OBJECTION TO CONFIRMATION |

Debtor, by and through counsel undersigned, respectfully moves this Court to Set a Status Hearing on Chapter 13 Plan Confirmation and the Objection filed by Creditor.

RESPECTFULLY SUBMITTED this 16th day of March, 2010.

DeConcini McDonald Yetwin & Lacy, P.C.

/s/ Lawrence D. Hirsch, #004982
7310 North 16th Street, Suite 330
Phoenix, Arizona 85020
Attorney for Debtor

A copy of the foregoing was transmitted the 16th day of March, 2010, to:

Mailing Matrix

By: /s/ Linda Miernik
Legal Assistant to Lawrence D. Hirsch
7310 North 16th Street, Suite 330
Phoenix, Arizona 85020
Phone: 602-282-0473