ORDERED ACCORDINGLY.



LAWRENCE D. HIRSCH (#004982)
DeConcini McDonald Yetwin & Lacy, P.C.
7310 North 16th Street, Suite 330
Phoenix, Arizona 85020
Ph: (602) 282-0500
Fax: (602) 282-0520
E-mail: lhirsch@dmylphx.com
_____
ATTORNEYS FOR DEBTOR

Dated: March 19, 2010

_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

IN RE:

HARLAN SPARER,

        DEBTOR(S).

In Proceedings Under Chapter 13

CASE NO. 2:09-BK-19059-GBN

ORDER ON MOTION TO SET STATUS HEARING ON PLAN CONFIRMATION AND OBJECTION TO CONFIRMATION

    The Court having considered the Motion to Set Status Hearing on Chapter 13 Plan Confirmation and Objection to Confirmation and with good cause appearing,

    IT IS ORDERED THAT the a Status Hearing on Chapter 13 Plan Confirmation will be held on the 13th day of April, 2010, at 9:45 a.m., before the Honorable George B. Nielsen, Jr. at the United States Bankruptcy Court, at 230 N. 1st Avenue, Suite 702 Phoenix, Arizona 85003.

                                        DATED AND SIGNED ABOVE