# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|                     |                                                |
|--------------------:|------------------------------------------------|
| **Debtor:**         | HARLAN SPARER                                  |
| **Case Number:**    | 2:09-bk-19059-GBN    **Chapter:** 13           |
| **Date / Time / Room:** | TUESDAY, JULY 13, 2010 01:30 PM   7TH FLOOR #702 |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN                            |
| **Courtroom Clerk:** | JAN HERNANDEZ                                 |
| **Reporter / ECR:** | JO-ANN STAWARSKI                               |

## Matter:

EVIDENTIARY HEARING RE: VALUATION AND CHAPTER 13 PLAN AND OBJECTION THERETO FILED BY BAC HOME LOAN SERVICING. (RESET FR. 06-14)

**R / M #:** 13 / 0

## Appearances:

LAWRENCE D. HIRSCH, ATTORNEY FOR HARLAN SPARER

## Proceedings:

MR. HIRSCH INFORMS THE COURT THAT HE AND MR. MCDONALD HAVE BEEN IN DISCUSSIONS. THERE IS A LEGAL ISSUE TO RESOLVE. A BRIEFING SCHEDULE IS REQUESTED.

THE COURT: OPENING BRIEF ON THE CONFIRMATION OBJECTION IS DUE BY AUGUST 3, 2010. THE RESPONSE SHALL BE FILED AND SERVED NO LATER THAN AUGUST 24, 2010, WITH ANY REPLY FROM MR. MCDONALD BY SEPTEMBER 3, 2010. ORAL ARGUMENT ON BAC LOAN SERVICING OBJECTION TO CONFIRMATION WILL BE HELD ON SEPTEMBER 10, 2010 AT 10:30 A.M. MR. HIRSCH TO NOTIFY THE CREDITOR'S COUNSEL IN WRITING.