***DeConcini McDonald Yetwin & Lacy, P.C.***
7310 North Sixteenth Street, Suite 330
Phoenix, Arizona 85020
Ph: (602) 282-0500
Fax: (602) 282-0520
E-mail:lhirsch@dmylphx.com
Lawrence D. Hirsch, (#004982)
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA

| In Re: | In Proceedings Under Chapter 13 |
|---|---|
| HARLAN SPARER, | Case No. 2:09-bk-19059-GBN |
| Debtor. | DEBTOR'S MOTION TO VACATE ORAL ARGUMENT ON BAC'S OBJECTION TO PLAN CONFIRMATION. |

Debtor, by and through counsel undersigned, respectfully moves this Court to vacate the Oral Argument on BAC's Objection to Confirmation of the Debtor's Plan that is set for Friday, September 10, 2010 at 10:30 a.m. The Debtor has determined that his Chapter 13 Plan cannot be confirmed and that he must therefore convert his case to Chapter 7.

RESPECTFULLY SUBMITTED this 8th day of September, 2010.

                                          DeConcini McDonald Yetwin & Lacy, P.C.

                                          /s/ Lawrence D. Hirsch, #004982
                                          7310 North 16th Street, Suite 330
                                          Phoenix, Arizona 85020
                                          Attorney for Debtor

A copy of the foregoing was transmitted
the 8th day of September, 2010, to:

Leonard J. McDonald
Tiffany & Bosco
2526 East Camelback Road, Suite 300
Phoenix, Arizona 85016

Mr. Russell A. Brown
Chapter 13 Trustee
3838 North Central Avenue, Ste. 800
Phoenix, AZ 85012-1906

U.S. Trustee
Office of the United States Trustee
230 N. First Avenue, Ste. 204
Phoenix, AZ 85003

By: /s/ Laura J. Scarry
Legal Assistant to Lawrence D. Hirsch
7310 North 16th Street, Suite 330
Phoenix, Arizona 85020
Phone: 602-282-0473