# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | HARLAN SPARER |
| **Case Number:** | 2:09-bk-19059-GBN   **Chapter:** 13 |
| **Date / Time / Room:** | FRIDAY, SEPTEMBER 10, 2010 10:30 AM   7TH FLOOR #702 |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN |
| **Courtroom Clerk:** | JAN HERNANDEZ |
| **Reporter / ECR:** | JO-ANN STAWARSKI |

## *Matter:*

ORAL ARGUMENT RE: OBJECTION FILED BY BAC HOME LOAN SERVICING TO PLAN CONFIRMATION.

**R / M #:**   13 / 0

## *Appearances:*

NONE

## *Proceedings:*

MOTION TO VACATE SIGNED 09-09-10