DECONCINI MCDONALD YETWIN & LACY, P.C.
7310 NORTH 16TH STREET, SUITE 330
PHOENIX, ARIZONA 85020
MAIN LINE: (602) 282-0500
FACSIMILE: (602) 282-0520

Lawrence D. Hirsch, Esq. #004982
lhirsch@dmylphx.com
Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA

| In Re: | In Proceedings Under Chapter 13 |
|---|---|
| HARLAN SPARER | Case No. 2:09-bk-19059 GBN |
| Debtor | MOTION TO COMPEL ABANDONMENT |

Debtor, Harlan Sparer, by and through counsel undersigned, hereby moves this Court to Compel the Abandonment of the estate's interest, in the Debtor's real property located at 325 Inspirational Drive, Sedona, AZ 86336 and in support states as follows:

1. Debtor filed for relief under Chapter 13 of the Bankruptcy code on or about August 10, 2009. Contained in his Schedules and Statement of Financial Affairs, Debtor listed an interest in real property located at 325 Inspirational Drive, Sedona, AZ 86336.

2. Debtor seeks abandonment of the estate's interest in this property.

3. The value of the property is $255,000, which is less than the amount of the total of the debts owed on this property and is therefore of inconsequential value to the estate.

1

WHEREFORE, Debtor respectfully requests that this Court enter an Order compelling abandonment of the estate's interest in Debtor's property.

RESPECTFULLY SUBMITTED this 13th day of September 2010.

DECONCINI, MCDONALD, YETWIN & LACY, PC.

/s/Lawrence D. Hirsch
Lawrence D. Hirsch
DeConcini, McDonald, Yetwin & Lacy, PC
7310 North 16th Street, Suite 330
Phoenix, Arizona 85020
Attorney for Debtor

A copy of the foregoing mailed
this 13th day of September, 2010 to:

Mailing Matrix

Linda Miernik,
Paralegal to Lawrence D. Hirsch, Esq.
DeConcini, McDonald, Yetwin & Lacy, PC
7310 North 16th Street, Suite 330
Phoenix, Arizona 85020
Main Line: 602.282.0500
Facsimile: 602.282.0520